Opinion filed October 21,
2010

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00246-CV

                                                    __________

 

                            JIMMY
RAY YATES ET AL, Appellants

 

                                                             V.

 

      ABILENE INDEPENDENT
SCHOOL DISTRICT ET AL, Appellees



 

                                   On
Appeal from the 350th District Court

 

                                                            Taylor
County, Texas

 

                                                   Trial
Court Cause No. 244445-B

 



 

                                            M
E M O R A N D U M   O P I N I O N

            The
parties have filed in this court a joint motion to dismiss the appeal.  The
motion is granted, and the appeal is dismissed.

 

                                                                                                PER
CURIAM

October 21, 2010

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.